

# Fourth Court of Appeals
## San Antonio, Texas

March 4, 2014

No. 04-13-00903-CV

John Edward **SOTO** II, a.k.a, Jonathan Herrasti,
Appellant

v.

Penelope Jo **SOTO**,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00460
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant John Edward Soto filed an untimely affidavit of indigence. On February 5, 2014, we abated this appeal and remanded this case to the trial court to give the trial court clerk, the court reporter, or any other party to the case an opportunity to file a contest to the affidavit. No contest was filed. On February 18, 2014, the reporter's record was filed. On February 25, 2014, the clerk's record was filed.

We ORDER this appeal reinstated on the docket of this court. **Appellant's brief is due thirty days from the date of this order.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court